# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER WESLEY

NO. 2024 KW 0454

**JULY 15, 2024**

---

In Re:    Christopher Wesley, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          24-WCR-177.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT